```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

CLARENCE MCCLINTON                              CIVIL ACTION

VERSUS                                          NO. 13-372

SOCIAL SECURITY ADMINISTRATION                  SECTION "A"(1)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's failure to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the complaint of Clarence McClinton is dismissed without prejudice.

December 6, 2013

```
                                    _____
                                         JAY C. ZAINEY
                                    UNITED STATES DISTRICT JUDGE
```